UNITED STATES DISTRICT COURT
Eastern District of New York

*** Filed ***
12:00 AM, 02 Feb, 2026
U.S.D.C., Eastern District of New York

———————————————————————X

MICHAEL EISENBERG

Plaintiff(s),

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
NAMITA DWARKA; CARLYN ST. AUBAIN; ALLISSA
CREA MASON; VASILIOS MANOLIOS; HENRI HUEZO;
& MOISES MORALES

Defendant(s).

———————————————————————X

## NOTICE OF APPEAL

24 CV 01661 (HG) (VMS)

MICHAEL EISENBERG _____ (*name all parties taking the appeal*) *

appeal to the United States Court of Appeals for the Second Circuit from the final **judgment**

entered on 7/21/2025 (date reset 1/02/2026) (*state the date that the judgment was entered*).

Defendants' motion to dismiss granted, Plaintiff's federal claims for violations of the First Amendment, Title IX, ADEA, and ADA are dismissed with prejudice for failure to state a claim (Plaintiff's Motion seeking to vacate, alter, or amend the judgment in this case and to file a second amended complaint DENIED).

| | |
|---|---|
| **Signature** | _____ |
| **Name** | /s/ Michael Eisenberg |
| **Prison ID** | Michael Eisenberg |
| **Address** | _____ |
| | 23-50 Waters Edge Dr. Apt. 6L |
| | Bayside, NY 11360 |
| **Phone** | 516-395-7644 |
| **Email** | mjeisenberg@gmail.com |

{Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. (4)(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.}

*See Rule 3(c) of the Federal Rules of Appellate Procedure for permissible ways of identifying appellants.

APPEAL,CASREF,DECLINED–CONSENT,MJI,NPROSE,PROSENEF

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:24–cv–01661–HG–VMS

Eisenberg v. New York City Department of Education et al
Assigned to: Judge Hector Gonzalez
Referred to: Chief Mag. Judge Vera M. Scanlon
 related Case:  1:25–cv–07014–HG–VMS
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 03/05/2024
Date Terminated: 07/21/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Michael Eisenberg**                     represented by **Michael Eisenberg**
23–50 Waters Edge Dr. Apt 6E
Bayside, NY 11260
516–395–7644
Email: mjeisenberg@gmail.com
PRO SE

V.

**Defendant**

**New York City Department of**           represented by **Shemori Corinthian**
**Education**                             New York City Law Department
Labor and Employment Division
100 Church Street
New York, NY 10007
212–356–4076
Email: scorinth@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Talysia Francis**
Gordon Rees Scully Mansukhani, LLP
Labor and Employment Law
1 Battery Park Plaza
28th Floor
New York, NY 10004
332–323–0714
Email: tfrancis@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Namita Dwarka**                         represented by **Shemori Corinthian**
*Deputy Superintendent Queens South &*   New York City Law Department
*Former Principal of William Cullen*      Labor and Employment Division
*Bryant High School in her official and*  100 Chruch Street
*individual capacity*                     New York, NY 10007
212–356–4076
Email: scorinth@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carlyn St. Aubain**                     represented by **Shemori Corinthian**
*Principal of William Cullen Bryant High* (See above for address)
*School in er official and individual*    *LEAD ATTORNEY*
*capacity*                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Allissa Crea Mason**
*Assistant Principal of Art, Guidance, PPS*
*& Student Engagement of William Cullen*
*Bryant High School in her official and*
*individual capacity*

represented by **Shemori Corinthian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vasilios Manolios**

represented by **Shemori Corinthian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Henri Huezo**

represented by **Shemori Corinthian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Moises Morales**

represented by **Shemori Corinthian**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2024 | 1 | COMPLAINT against Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain, filed by Michael Eisenberg. (Attachments: # 1 Civil Cover Sheet) (KD) (Entered: 03/07/2024) |
| 03/06/2024 | 2 | FILING FEE: $ 405.00, receipt number 1000013030 (KD) (Entered: 03/07/2024) |
| 03/06/2024 | 3 | Summons Issued as to Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain. (KD) (Entered: 03/07/2024) |
| 03/07/2024 | 4 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case as part of a Pilot Program, governed by EDNY Administrative Order 2023–23. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2023–23, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2023–23 and other materials related to the Pilot Program on the Courts website: https://www.nyed.uscourts.gov/edny–direct–assignment–pilot–program. (KD) (Entered: 03/07/2024) |
| 04/16/2024 | 5 | NOTICE of Appearance by Talysia Francis on behalf of New York City Department of Education (aty to be noticed) (Francis, Talysia) (Entered: 04/16/2024) |
| 04/17/2024 | 6 | First MOTION for Extension of Time to File Answer *or MTD the Complaint* by New York City Department of Education. (Francis, Talysia) (Entered: 04/17/2024) |
| 04/23/2024 | 7 | CERTIFICATE OF SERVICE by New York City Department of Education (Francis, Talysia) (Entered: 04/23/2024) |
| 04/24/2024 | | ORDER granting 6 Motion for Extension of Time to Answer. Defendants are to answer or otherwise respond to the complaint by 5/23/2024. The Court has mailed a copy of this Order and the docket to Michael Eisenberg, 161 Derby Street, Valley Stream, NY 11581. *c/m*. Ordered by Magistrate Judge Vera M. Scanlon on 4/24/2024. (JR) (Entered: 04/24/2024) |

| 05/15/2024 | 8 | NOTICE of Appearance by Shemori Corinthian on behalf of New York City Department of Education (aty to be noticed) (Corinthian, Shemori) (Entered: 05/15/2024) |
|---|---|---|
| 05/15/2024 | 9 | MOTION for Extension of Time to File Answer by New York City Department of Education. (Corinthian, Shemori) (Entered: 05/15/2024) |
| 05/17/2024 | 10 | CERTIFICATE OF SERVICE by New York City Department of Education *Second Motion For An Extension of Time To Respond to the Complaint and Notice of Appearance* (Corinthian, Shemori) (Entered: 05/17/2024) |
| 05/24/2024 | 11 | Letter undated from Michael J. Eisenberg to USMJ Vera M. Scanlon, submitting this letter to clarify Plaintiff's position regarding the motion for an extension submitted by opposing counsel, Ms. Shemori Corinthian, Senior Counsel for the New York City Law Department Labor and Employment Law Division. (SG) (Entered: 05/28/2024) |
| 05/28/2024 | | ORDER granting in part and denying in part 9 Motion for Extension of Time to Answer. Defendants are to answer or otherwise respond to the complaint by 6/24/2024, which represents the 30–day extension to which Plaintiff consented. <u>See</u> ECF No. 11 . The Court has mailed a copy of this Order and the docket to Michael Eisenberg, 161 Derby Street, Valley Stream, NY 11581. *c/m*. Ordered by Magistrate Judge Vera M. Scanlon on 5/28/2024. (JR) (Entered: 05/28/2024) |
| 07/09/2024 | 13 | Letter MOTION for Extension of Time to File Response/Reply . *Pltff request a 60 days extension of time to reply, filed* by Michael Eisenberg. (SG) (Entered: 07/11/2024) |
| 07/10/2024 | 12 | ORDER. An initial conference is set for 8/27/2024 at 10:30 AM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. The parties must complete and file the attached Joint Proposed Civil Case Management Plan no later than 8/13/2024. The Court will mail a copy of this Order and attachment to Plaintiff at Michael Eisenberg, 161 Derby Street, Valley Stream, NY 11581. *c/m*. Ordered by Magistrate Judge Vera M. Scanlon on 7/10/2024. (JR) (Entered: 07/10/2024) |
| 07/10/2024 | | ORDER. Plaintiff has the obligation to properly serve each Defendant. Plaintiff has not filed proof of service as to any Defendant, although Corporation Counsel has appeared on behalf of the New York City Department of Education. Plaintiff must file proof of timely service as to Defendants Dwarka, St. Aubain and Crea Mason by 7/19/2024. If Plaintiff has not timely served these Defendants, Plaintiff may file a request in writing to extend the time for service. The Court will mail a copy of this Order to Plaintiff at Michael Eisenberg, 161 Derby Street, Valley Stream, NY 11581. *c/m*. Ordered by Magistrate Judge Vera M. Scanlon on 7/10/2024. (JR) (Entered: 07/10/2024) |
| 07/10/2024 | | ORDER. Defendant New York City Department of Education (the "NYC DOE") has failed to timely serve an answer per the Court's 5/28/2024 Order. The NYC DOE must answer or otherwise respond by 7/19/2024. The Court will mail a copy of this Order to Plaintiff at Michael Eisenberg, 161 Derby Street, Valley Stream, NY 11581. *c/m*. Ordered by Magistrate Judge Vera M. Scanlon on 7/10/2024. (JR) (Entered: 07/10/2024) |
| 07/16/2024 | | ORDER. On or before 7/23/2024, Plaintiff is to file a letter clarifying the "reply" to which he refers in his motion for an extension of time to file such reply at ECF No. 13 . The Court has mailed a copy of this Order to Michael Eisenberg, 161 Derby Street, Valley Stream, NY 11581. *c/m*. Ordered by Magistrate Judge Vera M. Scanlon on 7/16/2024. (JR) (Entered: 07/16/2024) |
| 07/16/2024 | 14 | NOTICE of Appearance by Shemori Corinthian on behalf of Namita Dwarka, Allissa Crea Mason, Carlyn St. Aubain (aty to be noticed) (Corinthian, Shemori) (Entered: 07/16/2024) |
| 07/16/2024 | 15 | First MOTION to Adjourn Conference *and to update Court on Motion Practice* by Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain. (Corinthian, Shemori) (Entered: 07/16/2024) |
| 07/17/2024 | 16 | CERTIFICATE OF SERVICE by Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain *of Defendants' Letter* (Corinthian, Shemori) (Entered: 07/17/2024) |

| | | |
|---|---|---|
| 07/18/2024 | | ORDER. The Court is in receipt of Defendants' letter at ECF No. 15 .<br><br>Defendants inform the Court that, on 6/24/2024, they "served Plaintiff with a motion to dismiss the complaint in this action" but did not file such motion "pursuant to Rule III(c)(4) of Your Honor's Individual Rules of Practice." ECF No. 15 at 2. In doing so, Defendants failed to comply with Administrative Order No. 2023–23, which provides, in pertinent part, that, "[i]f a party intends to file a motion...to dismiss for failure to state a claim or any relief under Rule 12(b)...and all parties have not yet consented to the jurisdiction of the Magistrate Judge, the party seeking such relief must file, no later than any date specified by any Federal or Local Rule governing the timing of such a motion, a letter no longer than one (1) page expressing such intent. The Clerk will then randomly assign a District Judge to serve as the presiding judge in the case. The party will, no later than seven (7) days after such assignment, file either a pre–motion letter or a motion as provided for in the District Judge's Individual Practices, or pursuant to any order issued by the District Judge." A district judge will now be assigned to this action to address the motion to dismiss served by Defendants on Plaintiff, without prior notice to this Court; Plaintiff's related motion for an extension of time to file opposition to such motion at ECF No. 13 ; and the proposed briefing schedule at ECF No. 15 . Plaintiff need not file the clarification letter required by the 7/16/2024 Order, as Defendant's letter at ECF No. 15 contextualizes such request.<br><br>As to Defendants' request to adjourn the initial conference and the deadline for filing the Joint Proposed Civil Case Management Plan pending the outcome of dispositive motion practice, effectively a request to stay discovery pending the conclusion of dispositive motion practice, Plaintiff is to file a response by 7/25/2024.<br><br>The Court will mail a copy of this Order to Plaintiff at Michael Eisenberg, 161 Derby Street, Valley Stream, NY 11581. *c/m.*<br><br>Ordered by Magistrate Judge Vera M. Scanlon on 7/18/2024. (JR) (Entered: 07/18/2024) |
| 07/18/2024 | | NOTICE to Assign District Judge: The Clerk of Court is directed to reassign this case to a district judge. (JR) (Entered: 07/18/2024) |
| 07/18/2024 | | Case Reassigned to Judge Hector Gonzalez. Magistrate Judge Vera M. Scanlon no longer assigned as presider to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (DA) Modified on 8/27/2024 (DA). (Entered: 07/18/2024) |
| 07/18/2024 | | ORDER: Because Defendants indicated that they wished to move to dismiss this case, *see* ECF No. 15 , and the parties did not consent to the jurisdiction of the magistrate judge, this case has been reassigned to Judge Hector Gonzalez. The Court refers the case to Magistrate Judge Vera M. Scanlon for pretrial purposes. Ordered by Judge Hector Gonzalez on 7/18/2024. (KM) (Entered: 07/18/2024) |
| 07/18/2024 | | SCHEDULING ORDER: The Court has received the Defendants' letter regarding their motion to dismiss, which indicates that Defendants served their motion on Plaintiff on June 24, 2024. *See* ECF No. 15 . The Court adopts the schedule proposed by Defendants. Plaintiff shall serve his opposition papers on Defendants on or before August 24, 2024. Defendants shall serve their reply papers on Plaintiff on or before September 13, 2024. The parties are directed to review Section IV.B. of this Court's Individual Practices.<br><br>The Court finds that it would serve the interests of judicial economy and avoid a waste of resources for the parties to file their complete set of motion papers as they relate to Defendants' motion together. Therefore, Defendants are directed to file a complete set of motion papers on September 13, 2024. Additionally, because Plaintiff is proceeding *pro se*, Defendants shall serve on Plaintiff, to the extent they have not already: (1) copies of all cases or other authorities cited in their motion and reply that are unpublished or reported exclusively on computerized databases, as required by Local Civil Rule 7.2; and (2) any notice required by Local Civil Rule 12.1. Defendants shall file a letter on the docket certifying its compliance with this Order on the day they file the fully briefed motion, and the letter shall include the text of the Rule 12.1 notice provided to Plaintiff, if any. |

| | | |
|---|---|---|
| | | The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff. Ordered by Judge Hector Gonzalez on 7/18/2024. (KM) (Entered: 07/18/2024) |
| 07/18/2024 | | ORDER terminating 13 Motion for Extension of Time to File Response/Reply. Ordered by Judge Hector Gonzalez on 7/18/2024. (KM) (Entered: 07/18/2024) |
| 07/18/2024 | 17 | Letter dated July 18, 2024 to Magistrate Judge Scanlon from pro se Plaintiff Michael J. Eisenberg wanting to clarify his position regarding the "Notice of Appearance and Motion practice letter submitted by the office of Opposing Counsel Shemori S. Corinthian to the Court via EDF on July 16, 2024". Plaintiff also states that he consents to the Opposing Counsel's request to the "initial conference scheduled for August 24, 2024 as well as the due date for the Joint Proposed Civil Case Management Plan be adjourned until after the motion practice has concluded in this matter". See letter for further details. (JVC) (Entered: 07/19/2024) |
| 07/18/2024 | 18 | SUMMONS Returned Executed by Michael Eisenberg. Namita Dwarka served on 4/8/2024, answer due 4/29/2024; Allissa Crea Mason served on 4/9/2024, answer due 4/30/2024; New York City Department of Education served on 4/2/2024, answer due 4/23/2024; Carlyn St. Aubain served on 4/9/2024, answer due 4/30/2024. (JVC) (Entered: 07/19/2024) |
| 07/19/2024 | 19 | Pro Se Consent to Electronic Notification filed by Michael Eisenberg. (JVC) (Entered: 07/19/2024) |
| 07/22/2024 | | ORDER. After reviewing Defendants' request to adjourn the initial conference and the deadline for filing the Joint Proposed Civil Case Management Plan, pending resolution of Defendants' motion to dismiss, at ECF No. 15 , as well as Plaintiff's response at ECF No. 17 , the Court denies the request to adjourn the aforementioned conference and deadline. Defendants' request for an effective stay of discovery pending the resolution of their motion to dismiss will be addressed at the initial conference. Any requests for relief in relation to the briefing schedule set forth in the 7/18/2024 Order, see, e.g. ECF No. 17 at 1, should be addressed to the District Judge. Ordered by Magistrate Judge Vera M. Scanlon on 7/22/2024. (JR) (Entered: 07/22/2024) |
| 07/23/2024 | 20 | Letter dated July 23, 2024 to Magistrate Judge Scanlon from pro se Plaintiff Michael Eisenberg regarding the status of his request for an extension to reply until August 24, 2024. (JVC) (Entered: 07/23/2024) |
| 07/29/2024 | | ORDER: The Court has received Plaintiff's letter regarding his request for an extension to file his response to Defendants' motion to dismiss. *See* ECF No. 20 . The Court granted this request on July 18, 2024. *See* July 18, 2024, Text Order. Plaintiff shall serve his opposition papers on Defendants on or before August 24, 2024. Defendants shall serve their reply papers on Plaintiff on or before September 13, 2024. The parties are directed to review Section IV.B. of this Court's Individual Practices. As a reminder, the Court already found that it would serve the interests of judicial economy and avoid a waste of resources for the parties to file their complete set of motion papers as they relate to Defendants' motion together. Therefore, Plaintiff shall serve his opposition on Defendants on August 24, 2024, but he shall not file his opposition on the docket. Defendants shall then file a complete set of motion papers on September 13, 2024. Ordered by Judge Hector Gonzalez on July 29, 2024. (PN) (Entered: 07/29/2024) |
| 08/07/2024 | 21 | Mail Returned as Undeliverable, "Return to Sender, Not Deliverable As Addressed, Unable to Forward." Three Court Orders dated 7/10/2024 signed by Magistrate Judge Vera M. Scanlon along with a Joint Proposed Civil Case Management Plan Form previously sent to Michael Eisenberg. (SG) (Entered: 08/07/2024) |
| 08/07/2024 | 22 | Mail Returned as Undeliverable, "Return to Sender, No Such Number, Unable to Forward." Order dated 7/16/2024 signed by Magistrate Judge Vera M. Scanlon previously sent to Michael Eisenberg. (SG) (Entered: 08/07/2024) |
| 08/12/2024 | 23 | Letter MOTION to Appear by Telephone/Video . *Pltff request that the initial conference be conducted virtually or otherwise be moved to the second week of September, filed* by Michael Eisenberg. (SG) (Entered: 08/13/2024) |

| | | |
|---|---|---|
| 08/13/2024 | 24 | CASE MANAGEMENT STATEMENT *Joint Proposed Civil Case Management Plan* (Corinthian, Shemori) (Entered: 08/13/2024) |
| 08/19/2024 | | ORDER. The motion to adjourn the initial conference at ECF No. 23 is granted. The initial conference is adjourned to 9/10/2024 at 10:30 AM in person in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Ordered by Magistrate Judge Vera M. Scanlon on 8/19/2024. (JR) (Entered: 08/19/2024) |
| 08/26/2024 | 25 | ~~"Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint," filed by Michael Eisenberg. (JVC)~~ (Entered: 08/28/2024) |
| 08/28/2024 | | ORDER STRIKING 25 Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint. The Court previously found, *see* July 18, 2024, Scheduling Order, and reminded the parties, *see* July 29, 2024, Text Order, that it would serve the interests of judicial economy and avoid a waste of resources for the parties to file their complete set of motion papers as they relate to Defendants' motion together. The Court also ordered Plaintiff to "serve his opposition on Defendants on August 24, 2024, but... not file his opposition on the docket." *See* July 29, 2024, Text Order. Nevertheless, Plaintiff filed his Opposition on the docket. Plaintiff's Opposition is therefore stricken, and the parties shall abide by the Court's prior orders. *See* July 18, 2024, Scheduling Order; July 29, 2024, Text Order. Plaintiff is warned that failure to adhere to unambiguous court orders may result in sanctions. Ordered by Judge Hector Gonzalez on 8/28/2024. (PN) (Entered: 08/28/2024) |
| 09/06/2024 | | ORDER. Due to a conflict in the Court's calendar, the 9/10/2024 initial conference is rescheduled for 10/3/2024 at 9:30 AM in person in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Ordered by Magistrate Judge Vera M. Scanlon on 9/6/2024. (JR) (Entered: 09/06/2024) |
| 09/13/2024 | 26 | MOTION to Dismiss for Failure to State a Claim by Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit 1, # 4 Exhibit 2) (Corinthian, Shemori) (Entered: 09/13/2024) |
| 09/13/2024 | 27 | MEMORANDUM in Opposition *by Plaintiff* filed by Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain. (Corinthian, Shemori) (Entered: 09/13/2024) |
| 09/13/2024 | 28 | REPLY in Support filed by Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain. (Corinthian, Shemori) (Entered: 09/13/2024) |
| 09/13/2024 | 29 | Letter by Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) (Entered: 09/13/2024) |
| 10/03/2024 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: Initial Conference held on 10/3/2024. Plaintiff Michael Eisenberg appearing pro se. Shemori Corinthian appearing on behalf of Defendants. (FTR Log #9:49–10:59.) (JR) (Entered: 10/11/2024) |
| 10/03/2024 | | ORDER. As discussed at the 10/3/2024 initial conference, Plaintiff anticipates seeking leave to amend the complaint within thirty days. The parties must serve Rule 26(a)(1) initial disclosures by 12/6/2024. The parties must serve initial document requests and interrogatories by 1/10/2025. The parties must file a joint status letter informing the Court of the issues resolved and any outstanding issues related to e–discovery by 1/10/2025. Responses to initial document requests and interrogatories must be served no sooner than 2/10/2025. A status conference is scheduled for 2/25/2025 at 10:30 AM in person in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Ordered by Magistrate Judge Vera M. Scanlon on 10/3/2024. (JR) (Entered: 10/11/2024) |
| 10/04/2024 | 30 | Letter dated October 4, 2024 to Judge Gonzalez from pro se Plaintiff Michael Eisenberg requesting permission for the filing of an amended pleading. See letter for further details. (JVC) (Entered: 10/07/2024) |
| 10/07/2024 | | ORDER: In light of Plaintiff's letter seeking to amend his complaint, *see* ECF No. 30 , Defendants are directed to file a response on or before October 16, 2024. Ordered by Judge Hector Gonzalez on 10/7/2024. (KM) (Entered: 10/07/2024) |

| 10/09/2024 | 31 | Letter *In Opposition to Plaintiff's Application to Amend the Complaint* by Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) (Entered: 10/09/2024) |
|---|---|---|
| 10/09/2024 | | ORDER: The Court has reviewed Plaintiff's letter requesting leave to amend his complaint, *see* ECF No. 30 , and Defendants' response, *see* ECF No. 31 . Defendants argue that the Court should not grant Plaintiff leave to amend his complaint because Plaintiff's letter did not include a copy of a proposed amended complaint. The Court agrees. "While failure to include the proposed amendment is not necessarily fatal to the motion, the court may deny leave when it is unclear what changes are proposed." *Allison v. Clos−ette Too, LLC*, No. 14−cv−1618, 2014 WL 4996358, at \*2 (S.D.N.Y. Sept. 15, 2014), *report and recommendation adopted sub nom. Ellison v. Clos−ette Too, LLC*, 2014 WL 5002099 (S.D.N.Y. Oct. 7, 2014). At this juncture, it is unclear what changes Plaintiff wishes to make to his complaint. Accordingly, the request is denied without prejudice to refile with a proposed amended complaint and a redline showing the modifications between the original complaint and proposed amended complaint. Ordered by Judge Hector Gonzalez on 10/9/2024. (KM) (Entered: 10/09/2024) |
| 12/11/2024 | 32 | Letter dated December 11, 2024 to Judge Gonzalez from pro se Plaintiff Michael Eisenberg, respectfully requesting permission for filing an amended pleading. (JVC) (Entered: 12/13/2024) |
| 12/11/2024 | 33 | PROPOSED AMENDED COMPLAINT against Namita Dwarka, Allissa Crea Mason, New York City Department of Education, Carlyn St. Aubain, Vasilios Manolios, Henri Huezo, Moises Morales, filed by Michael Eisenberg. (JVC) (Entered: 12/13/2024) |
| 12/16/2024 | | ORDER: The Court has received Plaintiff's letter and proposed amended complaint, *see* ECF Nos. 32 , 33 . Defendants shall file a response on or before January 8, 2025.<br><br>Additionally, although Mr. Eisenberg has signed his letter *pro se*, he has previously informed the Court that he was sworn in as an attorney on July 16, 2024. *See* ECF No. 17 . "Although a court is ordinarily obligated to afford a special solicitude to pro se litigants, that rule does not apply where, as here, a person trained as a lawyer represents himself." *Mitchell v. Con Edison*, 531 F. App'x 140, 141 (2d Cir. 2013). Accordingly, Mr. Eisenberg is cautioned that he will not be afforded the latitude that is normally given to *pro se* plaintiffs. Ordered by Judge Hector Gonzalez on 12/16/2024. (PN) (Entered: 12/16/2024) |
| 12/23/2024 | 34 | Letter MOTION for Reconsideration regarding Status Report Order *dated December 16, 2024, filed* by Michael Eisenberg. (JVC) (Entered: 12/26/2024) |
| 12/27/2024 | | ORDER: The Court has received Plaintiff's motion for reconsideration. *See* ECF No. 34 . Plaintiff seeks reconsideration of the Court's warning that Plaintiff will not be afforded the special latitude that courts generally grant to *pro se* litigants because Plaintiff is an attorney. *See* December 16, 2024, Text Order. For the reasons set forth below, Plaintiff's motion for reconsideration is DENIED.<br><br>Local Civil Rule 6.3 requires a party moving for reconsideration to "set[ ] forth concisely the matters or controlling decisions which [a party] believes the Court has overlooked." Under the rule, "[t]he standard for granting a motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked−matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *See Johnson v. Cnty. of Nassau*, 82 F. Supp. 3d 533, 535−36 (E.D.N.Y. 2015) (quoting *Shrader v. CSX Transp.*, 70 F.3d 255, 257 (2d Cir. 1995)); *see also Sullivan v. N.Y.C. Dep't of Investigation*, No. 12−cv−2564, 2016 WL 7106148, at \*1, \*3 (S.D.N.Y. Dec. 6, 2016) ("strict" standard also applies to reconsideration motions brought under Rule 59(e) and Rule 60).<br><br>In his motion, Plaintiff argues that because he "has no litigation, law practice, []or federal courtroom or procedural context experience," he should be granted the special solicitude that courts give to *pro se* litigants. *See* ECF No. 34 . Plaintiff cites to the Second Circuit's decision in *Tracy v. Freshwater*, 623 F.3d 90 (2d Cir. 2010), for the proposition that it is an abuse of discretion for a district court to withdraw the special solicitude to a *pro se* litigant who is also an attorney if the court determines that the |

attorney has not had sufficient experience with the legal system. *Id.* But this misrepresents the case law. First, the plaintiff in *Tracy* was not an attorney, but a litigant who had participated "in at least ten previous federal and state actions." 623 F.3d at 95. While the Second Circuit found this particular litigant's previous participation in litigation to be insufficient to withdraw the plaintiff's special *pro se* status, *see id.* at 103–04, it did find that it was possible for a *pro se* litigant to be "sufficiently experienced" to justify a court's "withdrawal of solicitude for the entirety of an action," *id.* at 103. Second, the Second Circuit was explicit in *Tracy* that the "ultimate extension" of the analysis regarding the degree of solicitude courts should provide to *pro se* litigants is that "a lawyer representing himself [would] ordinarily receive[] no such solicitude at all." 623 F.3d at 102. Indeed, the Second Circuit has remained consistent that a lawyer representing himself is generally not granted the same latitude that is provided to other *pro se* litigations. *See, e.g.*, *Zappin v. Comfort*, No. 23–7363, 2024 WL 5001624, at *2 (2d Cir. Dec. 6, 2024) ("[W]hile Zappin has brought most of these actions pro se, he is a former attorney with litigation experience and therefore not entitled to the special solicitude we normally extend to litigants proceeding without counsel."); *Weiss v. New York*, No. 22–2326, 2024 WL 2837623, at *1 (2d Cir. June 5, 2024) ("Because Weiss is an attorney, she is not entitled to the special solicitude ordinarily extended to self–represented litigants."). Accordingly, because Plaintiff has not pointed to controlling decisions or data that the Court overlooked–and, in fact, misrepresented the controlling Second Circuit case law–Plaintiff's motion for reconsideration is DENIED. Ordered by Judge Hector Gonzalez on 12/27/2024. (KM) (Entered: 12/27/2024)

| Date | No. | Description |
|---|---|---|
| 01/08/2025 | 35 | Letter *to inform the Court that the Defendants consent to the filing of Plaintiffs Proposed First Amended Complaint (FAC) as to form only and to submit a Pre–motion letter outlining the anticipated motion to dismiss the FAC* by New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) (Entered: 01/08/2025) |
| 01/09/2025 | | ORDER: The Court has received Defendants' response to Plaintiff's request to file an amended complaint, in which Defendants consent to Plaintiff filing an amended complaint, but also include a premotion conference letter in anticipation of moving to dismiss the amended complaint. *See* ECF No. 35 . The Court directs Plaintiff to file the amended complaint as the operative complaint on or before **January 16, 2025**.<br><br>In light of Defendants' premotion conference letter, the Court finds the pending motion to dismiss, *see* ECF No. 26 , to be moot, and sets the following briefing schedule. Defendants shall file their opening motion papers on or before **February 18, 2025**. Plaintiff shall file his opposition papers on or before **March 20, 2025**. Defendants shall file their reply papers on or before **April 3, 2025**. The parties' motion papers shall comply with the page limits and other requirements described in Section IV.B of the Court's Individual Practices. Ordered by Judge Hector Gonzalez on 1/9/2025. (KM) (Entered: 01/09/2025) |
| 01/10/2025 | 36 | Letter *Informing the Court on the Status of ESI Discovery* by Moises Morales, New York City Department of Education, Carlyn St. Aubain, Allissa Crea Mason (Corinthian, Shemori) (Entered: 01/10/2025) |
| 01/15/2025 | | ORDER. The Court is in receipt of the parties' joint letter at ECF No. 36 , wherein they report the status of their e–discovery efforts and related potential issues that they are working to resolve without the need for Court intervention. If any of the potential issues ripen into disputes appropriate for the Court's adjudication, the parties should promptly present such disputes to the Court. Ordered by Magistrate Judge Vera M. Scanlon on 1/15/2025. (SH) (Entered: 01/15/2025) |
| 01/16/2025 | 37 | AMENDED COMPLAINT *with Jury Trial Demand* against Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain, filed by Michael Eisenberg. (Attachments: # 1 Exhibit) (JVC) (Main Document 37 replaced on 1/21/2025) (JVC). (Entered: 01/21/2025) |
| 02/06/2025 | 38 | First MOTION for Extension of Time to File Response/Reply *the parties' discovery demands* by New York City Department of Education, Namita Dwarka, Carlyn St. Aubain, Allissa Crea Mason. (Corinthian, Shemori) (Entered: 02/06/2025) |

| | | |
|---|---|---|
| 02/10/2025 | | ORDER granting 38 Motion for Extension of Time to File Response/Reply. The parties must serve their responses on or before 3/10/2025. Ordered by Magistrate Judge Vera M. Scanlon on 2/10/2025. (SH) (Entered: 02/10/2025) |
| 02/10/2025 | | ORDER. The 2/25/2025 in−person status conference is **rescheduled for 3/19/2025 at 11:30 AM** in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Ordered by Magistrate Judge Vera M. Scanlon on 2/10/2025. (SH) (Entered: 02/10/2025) |
| 02/11/2025 | 39 | Proposed Summons/Civil Cover Sheet filed by Michael Eisenberg (DLMP) (Entered: 02/11/2025) |
| 02/11/2025 | 40 | Summons Issued as to Henri Huezo, Vasilios Manolios, Moises Morales. (DLMP) (Entered: 02/11/2025) |
| 02/18/2025 | 41 | First MOTION to Dismiss for Failure to State a Claim *of the First Amended Complaint* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain. (Attachments: # 1 Notice of Motion of Defendants' Motion to Dismiss the Amended Complaint, # 2 Declaration of Shemori S. Corinthian, # 3 Exhibit 1, # 4 Exhibit 2) (Corinthian, Shemori) (Entered: 02/18/2025) |
| 03/13/2025 | | ORDER. Due to a conflict in the Court's calendar, the 3/19/2025 in−person status conference will begin earlier the same morning, at **10:15 AM** in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Ordered by Magistrate Judge Vera M. Scanlon on 3/13/2025. (SH) (Entered: 03/13/2025) |
| 03/17/2025 | | ORDER. Due to a conflict in the Court's calendar, the 3/19/2025 in−person status conference is adjourned to **3/27/2025 at 10:00 AM** in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Ordered by Magistrate Judge Vera M. Scanlon on 3/17/2025. (SH) (Entered: 03/17/2025) |
| 03/21/2025 | 42 | MEMORANDUM in Opposition to Defendant's Motion to Dismiss the First Amended Complaint filed by Michael Eisenberg. (DLMP) (Entered: 03/24/2025) |
| 03/24/2025 | | ~~ORDER: Plaintiff's Opposition to Defendants' motion to dismiss was due on March 20, 2025, *see* January 9, 2025, Text Order, but Plaintiff has neither filed his Opposition nor requested an extension of time to do so. Plaintiff shall file his Opposition on or before March 27, 2025. Failure to do so will result in the Court deeming Defendants' motion to be unopposed, and may also result in sanctions, including terminating sanctions for failure to prosecute. Ordered by Judge Hector Gonzalez on 3/24/2025. (PN)~~ (Entered: 03/24/2025) |
| 03/24/2025 | | ORDER: In light of the filing of Plaintiff's Opposition, which was docketed after the Court issued an order about not receiving the Opposition, the Court strikes its previous order providing Plaintiff until March 27, 2025, to file his Opposition. Ordered by Judge Hector Gonzalez on 3/24/2025. (PN) (Entered: 03/24/2025) |
| 03/28/2025 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon: In−person Status Conference held 3/27/2025. Pro se Plaintiff Michael Eisenberg appeared on his own behalf. Shemori Corinthian of the New York City Law Department appeared on behalf of Defendants. See separate docket entry for Order issuing from this proceeding. (FTR Log #10:16−11:19.) (SH) (Entered: 03/28/2025) |
| 03/28/2025 | | ORDER. During the 3/27/2025 status conference, the parties raised various discovery−related issues with the Court, which the Court resolved as follows:<br><br>(1) Defendants must send a draft protective order to Plaintiff by 4/3/2025 and file such draft protective order for the Court's review promptly following Plaintiff's approval thereof, but no later than 4/10/2025, in anticipation of the 4/17/2025 deadline for Defendants outstanding document productions to be completed, as described below in (2).<br><br>(2) Defendants must coordinate sufficient support to complete all outstanding document productions by 4/17/2025, which includes, but is not limited to, the following productions: |

(a) Defendants must produce to Plaintiff all age–related complaints, substantiated or not, made against Defendants Namita Dwarka, Carlyn St. Aubain, Allissa Crea Mason, Vasilios Manolios, Henri Huezo, and Moises Morales (the "Individual Defendants") beginning on 3/1/2020, and through 3/27/2025.

(b) Defendants must search "Eisenberg" in the email server for the William Cullen Bryant High School for all custodians and produce to Plaintiff all nonprivileged responsive emails beginning on 1/1/20201, through 3/27/2025.

(c) Defendants must search "Eisenberg" in the email server for the New York City Department of Education for the following custodians: the Individual Defendants, Superintendent Lindsey, Superintendent Tu, and Director of Medical Leaves and Records Guscott. For Director of Medical Leaves and Records Guscott, the search must be run for emails beginning on 1/1/2023, and through 3/27/2025. For all other custodians, the search must be run for emails beginning on 1/1/2020, and through 3/27/2025. Defendants must produce to Plaintiff all nonprivileged responsive emails but may exclude responsive emails pertaining to individuals with the last name, Eisenberg, other than Plaintiff.

(d) Defendants must produce to Plaintiff the salary history and the per–session pay history for comparators Garrett Lanzet, Alex Somer, and George Weisman beginning on 1/1/2020, and through 3/27/2025.

(e) In response to the list containing a description of incidents and corresponding dates and times thereof that may have been captured by photo or by video, which Plaintiff must provide to Defendants by 4/3/2025, Defendants must perform a search for photos and videos of the incidents identified by Plaintiff; produce to Plaintiff such photos and videos, if any; and ascertain and inform Plaintiff of the preservation or retention policy governing any such photos or videos. Defendants must also provide an affidavit describing their search efforts by 4/10/2025.

(3) Plaintiff must immediately provide identifying information and contact information for relevant medical providers for 3/27/2020 through 3/27/2025. Plaintiff must immediately provide a release for his health insurance information and record for 3/27/2020 through 3/27/2025, in anticipation of sending complete releases to the relevant medical providers by 4/17/2025.

By 5/21/2025, the parties must file a joint letter informing the Court of any outstanding discovery–related issues, any additional proposed written discovery to be completed, and a proposed deposition schedule. The Court notes that, if depositions are not promptly scheduled following this deadline, the school summer recess will not be a reason to delay properly noticed or subpoenaed depositions.

Ordered by Magistrate Judge Vera M. Scanlon on 3/28/2025. (SH) (Entered: 04/04/2025)

| Date | No. | Description |
|---|---|---|
| 04/03/2025 | 43 | TRANSCRIPT of Proceedings held on March 27, 2025, before Judge Scanlon. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/24/2025. Redacted Transcript Deadline set for 5/5/2025. Release of Transcript Restriction set for 7/2/2025. (RC) (Entered: 04/03/2025) |
| 04/03/2025 | 44 | REPLY in Support re 41 First MOTION to Dismiss for Failure to State a Claim *of the First Amended Complaint* filed by All Defendants. (Corinthian, Shemori) (Entered: 04/03/2025) |
| 04/10/2025 | 45 | First MOTION for Protective Order *and RULE 502(d) STIPULATION AND ORDER* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain. (Attachments: # 1 Proposed Order RULE 502(d) STIPULATION AND ORDER) (Corinthian, Shemori) (Entered: 04/10/2025) |

| 04/18/2025 | 46 | First MOTION for Extension of Time to Complete Discovery by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain. (Corinthian, Shemori). Added MOTION for Extension of Time to Complete Discovery on 4/23/2025 (SH). (Entered: 04/18/2025) |
|---|---|---|
| 04/21/2025 | 47 | ORDER. The motion for entry of a protective order at ECF No. 45 is granted, as modified in the attached document. The parties must file a conforming copy of the protective order by 4/28/2025. Ordered by Magistrate Judge Vera M. Scanlon on 4/21/2025. (JR) (Entered: 04/21/2025) |
| 04/23/2025 |  | ORDER. The Court is in receipt of Defendants' motion at ECF No. 46 for an extension of time from 4/10/2025 to 5/1/2025 to produce the affidavit required by Item 2(e) of the 3/28/2025 Order and for an extension of time from 4/17/2025 to 6/30/2025 to complete the outstanding productions required by Item 2 of the 3/28/2025 Order, other than Item 2(d), which Defendants report has been completed. As to the affidavit, the extension of time to 5/1/2025 is granted, on Plaintiff's consent. As to the outstanding productions, Defendants fail to state whether Plaintiff consents to the requested extension and, if not, the reasons provided by Plaintiff for declining to consent, as required by Rule II(b)(3) of the undersigned's Individual Practice Rules. Defendants must supplement the motion by 4/25/2025 with the required information. The Court notes that Defendants' letter indicates that they appear to contemplate negotiations for a more limited production than that required by Item 2(c) of the 3/28/2025 Order but do not seek any related relief.<br><br>The Court further notes that Defendants' motion was filed after the operative deadlines had passed, in contravention of Rule II(b) of the undersigned's Individual Practice Rules, which requires that requests for extensions of time be filed no later than two business days in advance of the relevant deadlines. Defendants are expected to comply with such Rule with regard to any future motions. Ordered by Magistrate Judge Vera M. Scanlon on 4/23/2025. (SH) (Entered: 04/23/2025) |
| 04/23/2025 | 48 | REPLY to the Requesting that the extension re 46 First MOTION for Extension of Time to Complete Discovery *no reply was received and extensions be denied* filed by Michael Eisenberg. (DLMP) (Entered: 04/23/2025) |
| 04/24/2025 | 49 | Supplemental MOTION for Extension of Time to Complete Discovery by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain. (Corinthian, Shemori) (Entered: 04/24/2025) |
| 04/24/2025 | 50 | Letter *regarding status of conformed protective order* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain (Attachments: # 1 Exhibit A) (Corinthian, Shemori) (Entered: 04/24/2025) |
| 04/24/2025 | 51 | STIPULATION re 50 Letter, *and conformed protective order* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) Modified on 5/2/2025 (JR). (Entered: 04/24/2025) |
| 04/25/2025 | 52 | REPLY to Response to Motion inaccuracies re 49 Supplemental MOTION for Extension of Time to Complete Discovery filed by Michael Eisenberg. (Attachments: # 1 Exhibit) (DLMP) (Entered: 04/25/2025) |
| 05/02/2025 | 53 | ORDER. The Court is in receipt of the protective order at ECF No. 51 , conforming to the Order at ECF No. 47 . To address Plaintiff's concern regarding the lack of reciprocity in the protective order at ECF No. 51 , see ECF No. 52 at 1, the Court has amended the protective order, which is attached, such that it is reciprocal; the Court so–orders the attached protective order. As to Plaintiff's concern regarding his ability to challenge any confidentiality designations made pursuant thereto, see ECF No. 52 at 1, the Court notes that nothing in the protective order waives his right to challenge such designations. Ordered by Magistrate Judge Vera M. Scanlon on 5/2/2025. (JR) (Entered: 05/02/2025) |
| 05/02/2025 |  | ORDER. The parties raise various discovery issues in the filings at ECF Nos. 46 , 48 , 49 , and 52 . |

As to the age–related complaints referenced in Item 2(a) in the 3/28/2025 Order, by 5/9/2025, Defendants are to file a letter providing the Court with further information as to their position that they have no responsive documents and that a significant portion of the requested documents are not in Defendants' possession.

As to the "Eisenberg" search in the email server for the New York City Department of Education referenced in Item 2(c) in the 3/28/2025 Order, by 5/9/2025, Defendants are to file a letter providing further information as to the cited 28,000 search results; informing the Court of their plan to cull from those search results only the emails related to Plaintiff, as contemplated by the 3/28/2025 Order; and explaining why the proposed negotiation with Plaintiff as to this discovery would advance the discovery efforts. The Court notes that it has already made a determination as to the appropriate search term, custodians, and timeframes to use for the email server for the New York City Department of Education and that the issues raised by Defendants appear to arise from their implementation of the search.

As to the salary history and per–session pay history for the cited comparators in Item 2(d) in the 3/28/2025 Order, the parties are directed to promptly schedule a telephone conference amongst themselves to resolve the apparent discrepancy in their respective understandings of the documents that have been produced by Defendants.

As to the photo and video discovery referenced in Item 2(e) in the 3/28/2025 Order and in the 4/23/2025 Order, consideration of the potential spoliation issues raised by Plaintiff in advance of receipt of Defendants' related affidavit is premature, as, consistent with the 4/23/2025 Order, Defendants were to provide Plaintiff with the related affidavit by 5/1/2025 and had yet to exhaust their efforts to locate the photo and video discovery. Defendants are further instructed to promptly, but no later than 5/9/2025, file such affidavit, which the Court notes should include statements as to whether photo or video recordings occur in the areas in which the cited incidents occurred, whether the cited incidents were captured by photo or by video, Defendants' efforts to preserve any such photo or video, and Defendants' efforts to recover any such photo or video.

The Court reserves decision on Defendants' motion for an extension of the 4/17/2025 deadline set forth in Item 2 in the 3/28/2025 Order to 6/30/2025 at ECF Nos. 46 and 49, pending receipt of the 5/9/2025 filings.

Ordered by Magistrate Judge Vera M. Scanlon on 5/2/2025. (JR) (Entered: 05/02/2025)

| | | |
|---|---|---|
| 05/05/2025 | 54 | DECLARATION *of Peter Lombardo regarding Defendants' search efforts for video and photographic materials response to Plaintiff's demand for production* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) (Entered: 05/05/2025) |
| 05/08/2025 | 55 | REPLY in Opposition *and bringing attention of the critical omissions* re 54 Declaration, filed by Michael Eisenberg. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (DLMP) (Entered: 05/09/2025) |
| 05/09/2025 | 56 | Letter *Clarifying Defendants' Position on Various Discovery Matters* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) (Entered: 05/09/2025) |
| 05/13/2025 | 57 | NOTICE "Plaintiff acting pro se respectfully addresses the following concerns to the Court regarding ECF Dkt. No. 56 (Letter Clarifying Defendants' Position on Various Discovery Matters)" filed by Michael Eisenberg (DLMP) (Entered: 05/13/2025) |
| 05/13/2025 | 58 | NOTICE of Claim and Demand filed by Michael J. Eisenberg (DLMP) (Entered: 05/13/2025) |
| 05/13/2025 | 59 | EXHIBIT re: "New York State Division of Human Rights Complaint Form" by Michael Eisenberg. (DLMP) (Entered: 05/13/2025) |

| 05/21/2025 | 60 | Letter *from Defendants regarding the status of Discovery* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) (Entered: 05/21/2025) |
|---|---|---|
| 05/22/2025 | 61 | Letter dated 5/21/2025 from Michael Eisenberg to Vera M. Scanlon re: "Plaintiff's Statement Regarding Outstanding, Additional Proposed Discovery Issues, and Proposed Deposition Schedule" (DLMP) (Entered: 05/23/2025) |
| 06/06/2025 | 62 | First MOTION for Extension of Time to File Response/Reply *Plaintiff's Second Set of Requests for Production of Documents, First Set of Requests for Admission, and Request for Status Conference* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain. (Corinthian, Shemori) (Entered: 06/06/2025) |
| 06/09/2025 | | ORDER. Plaintiff is to respond to the motion at ECF No. 62 by 6/11/2025. Ordered by Chief Mag. Judge Vera M. Scanlon on 6/9/2025. (JR) (Entered: 06/09/2025) |
| 06/10/2025 | 63 | RESPONSE in Opposition to Defts' 62 First MOTION for Extension of Time to File Response/Reply *Plaintiff's Second Set of Requests for Production of Documents, First Set of Requests for Admission, and Request for Status Conference* filed by Michael Eisenberg. Pltff concurs with defense counsel's request for the Court to schedule a status conference and respectfully requests that such conference be conducted virtually. (SG) (Entered: 06/11/2025) |
| 06/10/2025 | 64 | EXHIBIT by Michael Eisenberg. Related document: 63 Response in Opposition to Motion, filed by Michael Eisenberg. (SG) (Entered: 06/11/2025) |
| 06/10/2025 | 65 | EXHIBIT by Michael Eisenberg. Related document: 63 Response in Opposition to Motion, filed by Michael Eisenberg. (SG) (Entered: 06/11/2025) |
| 06/23/2025 | 66 | First MOTION for Protective Order *pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, relieving Defendants from responding to Plaintiff's First Set of Requests for Admission, dated May 30, 2025.* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain. (Attachments: # 1 Exhibit Plaintiff's Requests For Admissions) (Corinthian, Shemori) (Entered: 06/23/2025) |
| 06/27/2025 | 67 | RESPONSE in Opposition to Defts' First Motion for a Protective Order [1:24–cv–01611–HG–VMS, ECF Dkt. 66 , which requests the Court "execus[e Defense] from responding to Pltff's 5/30/25 Requests for Admission ("RFA").... [or] in the alternative, [extend] time to respond to the Requests for Admissions (RFAs) until 8/13/25" (motion submitted on 6/23/2025, and Admissions currently due on 6/29/25), filed by Michael Eisenberg. (SG) (Entered: 06/27/2025) |
| 06/27/2025 | 68 | NOTICE Plaintiff's first set of requests for admissions, filed by Michael J. Eisenberg. (DLMP) (Entered: 06/27/2025) |
| 07/08/2025 | 69 | Letter *Regarding Pending Motion For Protective Order and to Renew Request For Status Conference* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain (Corinthian, Shemori) (Entered: 07/08/2025) |
| 07/09/2025 | 70 | Letter dated July 9th 2025, to Magistrate Judge Scanlon, from Pro Se Plaintiff Michael Eisenberg, submitting response to Defense's "appris[al]" to the Court of "recent developments" transpiring ten days prior, informing the Court of Defense's interpretation of the status of affairs, and this tellingly absent deference to the Court's jurisdiction or pending rulings [ECF Dkt. Nos. 66– 69; see Galella v. Onassis, 487 F.2d 986, 997 (2d Cir. 1973)]; and respectfully requests that the Court deny the protective order with prejudice and rule as admitted the RFAs, which Defense declined to answer within the allotted 30 days (i.e. June 29, 2025); or alternatively, that the Court compel Defense to respond to Plaintiff's RFAs [ECF Dkt. No. 66, #1] by July 21, 2025. (CCF) (Entered: 07/09/2025) |
| 07/09/2025 | 71 | EXHIBIT – GMail communication to Ms. Corinthian, filed by Michael Eisenberg. (CCF) (Entered: 07/09/2025) |

| | | |
|---|---|---|
| 07/09/2025 | | ORDER. An in–person conference to discuss the status of discovery and the outstanding disputes in this action is scheduled for 8/6/2025 at 3:30 PM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Ordered by Chief Mag. Judge Vera M. Scanlon on 7/9/2025. (SH) (Entered: 07/09/2025) |
| 07/11/2025 | 72 | Letter to Judge Scanlon, from Pro Se Plaintiff Michael Eisenberg, dated July 11, 2025, Plaintiff is scheduled for philanthropic work, during the scheduled conference time. Accordingly, Plaintiff requests permission to attend the conference virtually, or in the alternative, to reschedule the conference for after Labor Day. (CCF) (Entered: 07/14/2025) |
| 07/18/2025 | 73 | ORDER: For the reasons set forth in the attached Order, the Court GRANTS Defendants' motion to dismiss. *See* ECF No. 41. Plaintiff's federal claims for violations of the First Amendment, Title IX, the ADEA, and the ADA are dismissed with prejudice for failure to state a claim. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismisses those claims without prejudice. All claims having been dismissed, the Clerk of Court is respectfully directed to enter judgment consistent with this Order, close this case, and mail a copy of this order to *pro se* Plaintiff. Ordered by Judge Hector Gonzalez on 7/18/2025. (SMR) (Entered: 07/18/2025) |
| 07/21/2025 | 74 | CLERK'S JUDGMENT: that Defendants' motion to dismiss is granted, See ECF No. 41; that Plaintiff's federal claims for violations of the First Amendment, Title IX, the ADEA, and the ADA are dismissed with prejudice for failure to state a claim; and that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and dismisses those claims without prejudice. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 7/21/2025. (JP) (Entered: 07/21/2025) |
| 08/15/2025 | 75 | MOTION/PLAINTIFF MEMORANDUM IN SUPPORT Of this Motion to Vacate 73 Order to Dismiss with Prejudice, And To Alter or Amend the Judgment, 74 . *filed* by Michael Eisenberg. (CCF) Modified on 8/18/2025 to make reference to page 7, paragraph 1 of Plaintiff's filing (CCF). (Entered: 08/18/2025) |
| 08/15/2025 | 76 | NOTICE of "Defects noted by the Court and Proposed Amendments." filed by Pro Se Party Michael Eisenberg. (CCF) (Entered: 08/18/2025) |
| 08/15/2025 | 77 | NOTICE of "Selected New Evidence," filed by Pro Se Party Michael Eisenberg. (CCF) (Entered: 08/18/2025) |
| 08/15/2025 | 78 | EXHIBIT filed by Pro Se Party Michael Eisenberg. (CCF) (Entered: 08/18/2025) |
| 08/15/2025 | 79 | EXHIBITS filed by Pro Se Party, Michael Eisenberg.(Attachments: # 1 Exhibit – 3, # 2 Exhibit – 4, # 3 Exhibit – 5, # 4 Exhibit – 6, # 5 Exhibit – 7, # 6 Exhibit – 8, # 7 Exhibit – 9, # 8 Exhibit – 10, # 9 Exhibit – 11, # 10 Exhibit – 12, # 11 Exhibit – 13, # 12 Exhibit – 14) (CCF) (Entered: 08/18/2025) |
| 08/20/2025 | 80 | First MOTION for Extension of Time to File Response/Reply *to Plaintiff's Motion to Vacate Judgment* by Namita Dwarka, Henri Huezo, Vasilios Manolios, Allissa Crea Mason, Moises Morales, New York City Department of Education, Carlyn St. Aubain. (Corinthian, Shemori) (Entered: 08/20/2025) |
| 08/20/2025 | 81 | Letter dated August 20, 2025 from Pro Se Plaintiff Michael Eisenberg to Judge Gonzalez, "to clarify the inaccurate statement made by Defense at ECF Dkt. No. 80, filed on 8/20/25." (CCF) (Entered: 08/20/2025) |
| 08/21/2025 | | ORDER: The Court GRANTS Defendants' request, ECF No. 80 , for an extension of time to file their response to Plaintiff's Motion to Vacate, ECF No. 75 . Defendants shall file their response on or before September 29, 2025. Ordered by Judge Hector Gonzalez on 8/21/2025. (PN) (Entered: 08/21/2025) |
| 08/21/2025 | | ORDER: The Court has received *ex parte* electronic communications from Plaintiff on August 15, 2025, and August 20, 2025. For the avoidance of doubt, the Court warns Plaintiff that the Court will not consider any communications that are made *ex parte* and is therefore disregarding Plaintiff's communications. Plaintiff is directed to cease any further ex parte communications with the Court. Ordered by Judge Hector Gonzalez on 8/21/2025. (PN) (Entered: 08/21/2025) |

| 09/29/2025 | 82 | MEMORANDUM in Opposition re 75 MOTION to Vacate 73 Order on Motion to Dismiss for Failure to State a Claim,, 74 Clerk's Judgment,, *filed* filed by All Defendants. (Corinthian, Shemori) (Entered: 09/29/2025) |
|---|---|---|
| 09/29/2025 | 83 | Letter MOTION for Extension of Time to File Response/Reply *to Defendants' Memorandum in Opposition to the Motion to Vacate the Judgment entered on 7.21.202. Filed* by Michael Eisenberg. (CCF) (Entered: 09/30/2025) |
| 09/30/2025 | | ORDER: The Court GRANTS Plaintiff's request, ECF No. 83 , for an extension of time to file his reply to Defendants' Opposition to Plaintiff's Motion to Vacate, ECF No. 82 . Plaintiff shall file his response on or before November 3, 2025. Ordered by Judge Hector Gonzalez on 9/30/2025. (PN) (Entered: 09/30/2025) |
| 10/14/2025 | 84 | Letter dated 10/14/2025 from Pro Se Plaintiff Michael J. Eisenberg, to Judge Gonzalez requesting that the Court permits Plaintiff to submit an additional exhibit to his reply. (CCF) (Entered: 10/15/2025) |
| 10/16/2025 | | ORDER DENYING Plaintiff's request to attach a sixteenth exhibit to his motion to vacate judgment. *See* ECF No. 84 . Ordered by Judge Hector Gonzalez on 10/16/2025. (SMR) (Entered: 10/16/2025) |
| 11/02/2025 | 85 | REPLY in Support: "Plaintiff's Reply Memorandum of Law in Support of Motion to Vacate Judgment and Alter or Amend Judgment." Filed by Michael Eisenberg. (CCF) (Entered: 11/04/2025) |
| 01/02/2026 | 86 | ORDER: For the reasons set forth in the attached Order, Plaintiff's Motion seeking to vacate, alter, or amend the judgment in this case and to file a second amended complaint, *see* ECF No. 75 , is DENIED. Ordered by Judge Hector Gonzalez on 1/2/2026. (PN) (Entered: 01/02/2026) |
| 02/02/2026 | 87 | NOTICE OF APPEAL as to 86 Order on Motion to Vacate, 74 Clerk's Judgment,, by Michael Eisenberg. (VJ) (Entered: 02/02/2026) |
| 02/02/2026 | | APPEAL FILING FEE DUE re 87 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 02/02/2026) |
| 02/02/2026 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 87 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 02/02/2026) |