# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-six,

---

Michael Eisenberg,

          Plaintiff - Appellant,

  v.

New York City Department of Education, Namita Dwarka, Deputy Superintendent Queens South & Former Principal of William Cullen Bryant High School in her official and individual capacity, Carlyn St. Aubain, Principal of William Cullen Bryant High School in er official and individual capacity, Allissa Crea Mason, Assistant Principal of Art, Guidance, PPS & Student Engagement of William Cullen Bryant High School in her official and individual capacity, Vasilios Manolios, Henri Huezo, Moises Morales,

          Defendants - Appellees.

**ORDER**
Docket No. 26-234

---

Counsel for Appellant Michael Eisenberg, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 30, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 30, 2026. The appeal is dismissed effective July 30, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

